**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**ATLANTA DIVISION**

SHONTEL EDWARDS,

    Plaintiff,

v.                                                                    Case No.  1:19-cv-1255-scj

SANTANDER CONSUMER
USA, INC.,

    Defendant.

---

**NOTICE OF SETTLEMENT AND JOINT STIPULATION OF**
**DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Santander Consumer USA, INC. hereby notify the Court of settlement of this matter and stipulate to dismissal of this action with prejudice, with each party to bear its own costs of court.

Respectfully submitted,

| | |
|---|---|
| *s/ Octavio "Tav" Gomez* | *s/ R. Frank Springfield* |
| Octavio "Tav" Gomez | R. Frank Springfield |
| Georgia Bar No. 617963 | Georgia Bar No. 316045 |
| MORGAN & MORGAN, PA | fspringf@burr.com |
| 201 North Franklin Street, 7th Floor | BURR & FORMAN, LLP |
| Tampa, Florida 33602 | 171 Seventeenth St., NW, Suite 1100 |
| Telephone: (813) 225-5505 | Atlanta, GA 30363 |
| Facsimile:  (813) 222-2490 | Telephone: (404) 815-3000 |
| TGomez@ForThePeople.com | Facsimile: (404) 817-3244 |
| *Counsel for Plaintiff* | *Attorney for Defendant Santander Consumer USA Inc.* |